IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

DAVID O. BLOUNT and )
REATHA BLOUNT, his wife, )
)
    Plaintiffs, )
)
v. ) CIVIL ACTION NO.: CV506-037
)
ANA P. CASTRO, M.D., )
)
    Defendant. )

## ORDER

Plaintiffs have filed a Motion in Limine seeking to exclude duplicative and redundant expert opinion testimony from Defendant's expert witnesses. Defendant has filed a response. Plaintiffs' Motion in Limine is **DENIED**.

**SO ORDERED**, this 5 day of March, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)